# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMIE D. PACELY,                :   No. 42 MM 2019

           Petitioner

        v.

JOHN A. VASKOV, ESQUIRE, DEPUTY
PROTHONOTARY OF THE SUPREME
COURT OF PENNSYLVANIA, IN HIS
OFFICIAL CAPACITY,

           Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.